UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MAGALY ROJAS,

    Plaintiff,

v.                                    Case No.:   2:24-cv-331-SPC-NPM

FLORIDA CANCER SPECIALISTS
& RESEARCH INSTITUTE, LLC,
d/b/a FLORIDA CANCER
SPECIALISTS & RESEARCH
INST.

    Defendant.

_____/

## ORDER

Before the Court is a review of the docket.  A judge must disqualify if her "impartiality might reasonably be questioned."  28 U.S.C. § 455(a).  She must also disqualify in certain situations listed in § 455(b).  And all doubts are "resolved in favor of recusal."  *Murray v. Scott*, 253 F.3d 1308, 1310 (11th Cir. 2001).  Because uses a doctor associated with Defendant Florida Cancer Specialists & Research Institute, LLC treats an immediate family member of the undersigned, disqualification may be required.  *See* 28 U.S.C. § 455(b). So to avoid even the appearance of partiality or impropriety, the undersigned must recuse.  *See Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 865 (1988).

Accordingly, it is now

**ORDERED:**

1. The Honorable Sheri Polster Chappell is **RECUSED** from this action.

2. The Clerk is **DIRECTED** to reassign this case to another United States District Judge in the Fort Myers Division.

**DONE** and **ORDERED** in Fort Myers, Florida on April 15, 2024.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record